IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Nos.   2:08-cv-8015-RBP-TMP |
| | ) | 2:07-cr-75-RBP-TMP |
| CARLOS FONTEZ CALHOUN, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

O R D E R

On August 24, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 be denied. Objections were filed by the defendant/movant on September 4, 2009.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED.

                                                                                   **ROBERT B. PROPST**
                                                                 **SENIOR UNITED STATES DISTRICT JUDGE**